UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LARMONT STEBBINS, AKA MYRON STEBBINS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN JOAQUIN COUNTY JAIL MEDICAL HEALTH CARE SERVICES, et al.,<br><br>    Defendants. | No. 2:22-cv-1279 WBS DB P<br><br><br>ORDER |

Plaintiff is a former[1] a county inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges defendants failed to provide adequate medical care while he was incarcerated at the San Joaquin County Jail. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the

---

[1] Review of the California Department of Corrections and Rehabilitation inmate locator website: https://inmatelocator.cdcr.ca.gov/ indicates that plaintiff is presently housed at R.J. Donovan Correctional Facility. This court may take judicial notice of such information. See Louis v. McCormick & Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records). Plaintiff is advised that Local Rule 183(b) requires that plaintiff keep the court advised as to his current address. In light of plaintiff's pro se status, the undersigned will direct the Clerk of the Court to serve a copy of this order on plaintiff at Salinas Valley State Prison.

1

findings and recommendations were to be filed within twenty (20) days.  Plaintiff has not filed objections to the findings and recommendations, updated his address, or otherwise responded to the court's order.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 7, 2022, are adopted in full; and

2. The complaint is dismissed without leave to amend.

Dated:  March 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/steb1279.800